# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Ruder, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>CWL Investments, LLC,<br><br>   Defendant. | Case No. CV16-4460-PHX DGC<br><br><br>**ORDER** |

The Court has received and considered the Parties' Joint Motion to Approve Settlement and Dismiss All Claims with Prejudice. Doc. 49. The Court finds that the Settlement Agreement and General Release is a fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act and therefore approves the settlement.

**IT IS ORDERED** that the Joint Motion to Approve Settlement and Dismiss All Claims with Prejudice (Doc. 49) is **granted**.

Dated this 7th day of January, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge